Edward D. Fitzhugh, Tamra Facciola, Law Office of Edward D. Fitzhugh, Tempe, AZ, for Plaintiffs–Appellants.

Christopher A. Bowen, Department of Justice, Washington, DC, for Defendant–Appellee.

## ON MOTION

## ORDER

Darrell Boye, et al. move for a 35–day extension of time, until September 7, 2010, to file their reply brief. Boye, et al. states that the United States has no objection.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

In re VERIZON BUSINESS NETWORK SERVICES INC., Verizon Enterprise Delivery LLC, Verizon Services Corp., AT & T Corp., Qwest Communications Corporation, and Qwest Corporation, Petitioners.

Misc. No. 956.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2010.

## ON PETITION FOR WRIT OF MANDAMUS

### ORDER

Verizon Business Network Services Inc. et al. (Verizon) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its March 23, 2010 and August 3, 2010 orders, and to direct transfer to the United States District Court for the Northern District of Texas, Dallas Division.

Upon consideration thereof,

IT IS ORDERED THAT:

Red River Fiber Optic Corporation is directed to respond no later than September 10, 2010.